# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   NIKIA R. BELL                :   CHAPTER 13
        Debtor                    :   BANKRUPTCY NO. 18-13274

## CERTIFICATION OF NO RESPONSE AND
## CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES

      I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1.   On November 16, 2018, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2.   I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

      WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

Respectfully submitted,

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020
Phone:   (215) 639-5297
Fax:   (215) 639-1344
support@ymalaw.com