# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
## Withdrawal / Expungement of Claim

Re: Nikia R Bell                      |     Case: 18-13274
                                                   Claim No.: 6-1

Creditor, Discover Bank, hereby notifies the Court that claim **No. 6-1 filed on 06-25-2018** will be or has been withdrawn.

                                          **By: /s/Lisa Garbrandt**
                                          **Sr Specialist Bankruptcy**
                                          **03-01-2019**