| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-13274-AMC

NIKIA R BELL  
333 E HIGH STREET  
PHILADELPHIA  PA    19144

Petition Filed Date: 05/16/2018  
341 Hearing Date: 06/22/2018  
Confirmation Date: 12/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $207.00 | | 02/19/2019 | $207.00 | | 03/18/2019 | $207.00 | |
| 04/16/2019 | $207.00 | | 05/16/2019 | $207.00 | | 06/17/2019 | $207.00 | |
| 07/16/2019 | $207.00 | | 08/19/2019 | $207.00 | | 09/23/2019 | $210.00 | Automatic Pay |
| 10/23/2019 | $210.00 | | 11/22/2019 | $210.00 | | 12/26/2019 | $210.00 | |
| 01/23/2020 | $210.00 | | 02/25/2020 | $210.00 | | 03/23/2020 | $210.00 | |
| 04/22/2020 | $210.00 | | 05/22/2020 | $210.00 | | 06/22/2020 | $210.00 | |
| 07/22/2020 | $210.00 | | | | | | | |

**Total Receipts for the Period: $3,966.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,415.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 011 | Unsecured Creditors | $315.57 | $0.00 | $315.57 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $4,823.78 | $0.00 | $4,823.78 |
| 13 | CASH CALL<br>»» 013 | Unsecured Creditors | $510.00 | $0.00 | $510.00 |
| 7 | CAVALRY INVESTMENTS LLC<br>»» 007 | Unsecured Creditors | $2,670.99 | $0.00 | $2,670.99 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,053.44 | $0.00 | $1,053.44 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $7,637.19 | $0.00 | $7,637.19 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $818.15 | $0.00 | $818.15 |
| 9 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $1,874.79 | $0.00 | $1,874.79 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $8,611.49 | $2,332.45 | $6,279.04 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $2,215.52 | $0.00 | $2,215.52 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $478.84 | $119.76 | $359.08 |
| 10 | PINNACLE CREDIT SERVICES LLC<br>»» 010 | Unsecured Creditors | $1,072.95 | $0.00 | $1,072.95 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $772.37 | $0.00 | $772.37 |
| 16 | YOUNG MARR & ASSOCIATES<br>»» 016 | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,415.00 | Current Monthly Payment: | $207.00 |
| Paid to Claims: | $4,752.21 | Arrearages: | ($33.00) |
| Paid to Trustee: | $463.83 | Total Plan Base: | $12,420.00 |
| Funds on Hand: | $198.96 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.