| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-13274-AMC**

NIKIA R BELL
333 E HIGH STREET
PHILADELPHIA PA   19144

Petition Filed Date: 05/16/2018
341 Hearing Date: 06/22/2018
Confirmation Date: 12/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $210.00 | | 02/25/2020 | $210.00 | | 03/23/2020 | $210.00 | |
| 04/22/2020 | $210.00 | | 05/22/2020 | $210.00 | | 06/22/2020 | $210.00 | |
| 07/22/2020 | $210.00 | | 08/24/2020 | $210.00 | | 09/22/2020 | $210.00 | |
| 10/22/2020 | $210.00 | | 11/23/2020 | $210.00 | | 12/22/2020 | $210.00 | |
| 01/25/2021 | $210.00 | | 02/23/2021 | $210.00 | | 03/22/2021 | $210.00 | |
| 04/22/2021 | $210.00 | | 05/24/2021 | $210.00 | | | | |

**Total Receipts for the Period: $3,570.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,515.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 011 | Unsecured Creditors | $315.57 | $0.00 | $315.57 |
| 8 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $4,823.78 | $0.00 | $4,823.78 |
| 13 | CASH CALL »» 013 | Unsecured Creditors | $510.00 | $0.00 | $510.00 |
| 7 | CAVALRY INVESTMENTS LLC »» 007 | Unsecured Creditors | $2,670.99 | $0.00 | $2,670.99 |
| 1 | CAVALRY INVESTMENTS LLC »» 001 | Unsecured Creditors | $1,053.44 | $0.00 | $1,053.44 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $7,637.19 | $0.00 | $7,637.19 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $818.15 | $0.00 | $818.15 |
| 9 | MERRICK BANK »» 009 | Unsecured Creditors | $1,874.79 | $0.00 | $1,874.79 |
| 2 | PA HOUSING FINANCE AGENCY »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $8,611.49 | $4,343.71 | $4,267.78 |
| 3 | PHILADELPHIA GAS WORKS »» 003 | Unsecured Creditors | $2,215.52 | $0.00 | $2,215.52 |
| 15 | CITY OF PHILADELPHIA (LD) »» 015 | Secured Creditors | $478.84 | $231.61 | $247.23 |
| 10 | PINNACLE CREDIT SERVICES LLC »» 010 | Unsecured Creditors | $1,072.95 | $0.00 | $1,072.95 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $772.37 | $0.00 | $772.37 |

| 16 | YOUNG MARR & ASSOCIATES »» 016 | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,515.00 | Current Monthly Payment: | $207.00 |
| Paid to Claims: | $6,875.32 | Arrearages: | ($63.00) |
| Paid to Trustee: | $629.73 | Total Plan Base: | $12,420.00 |
| Funds on Hand: | $9.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.