IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

**Nikia R. Bell**,

    Debtor

Case No. **18-13274**
Chap. **13**

## ORDER

AND **NOW**, this _____ day of _____, 2022, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby **ORDERED** that the Debtor be allowed to **Modify** her First Amended Chapter 13 Plan by filing a Second Amended Plan.

Date: **January 25, 2023**

**JUDGE ASHELY M. CHAN**
**U.S. Bankruptcy Court**