```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                              3/28/2023

To: PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 1902

                              In re: Nikia R. Bell
                              Bankruptcy No. 18-13274-amc
                              Adversary No.
                              Chapter 13

       Re:__Supplemental Application for Compensation
The above pleading was filed in this office on 1/30/2023 .
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

            ()    Affidavit
            ()    Certificate of Service
            (xx)  Certification of no response
            ()    Notice pursuant to Rule 9019
            ()    Notice pursuant to Rule 2002
            ()    Notice pursuant to Rule 3007.1
            ()    Proof of Claim number not noted on
                      objection pursuant to Rule 3007.1(a)
            ()    Proposed Order
            ()    Stipulation
            ()    Certification of Default
            ()    Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                              Timothy B. McGrath
                              Clerk



                              By: _____C. Wagner_____
                                      Deputy Clerk

status.frm
(rev. 11/26/2018)
```