United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-13274-amc
Nikia R. Bell                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nikia R. Bell, 333 E. High Street, Philadelphia, PA 19144-1103 |
| 14169385 | + | CASH2, WILLIAMSON AND BROWN,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 14108262 | + | David Apothaker Esq., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14108269 | + | Michael Dougherty, Esquire, 170 S. independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 01 2023 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 01 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14108257 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2023 00:13:01 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14108259 | Email/Text: bankruptcy@cavps.com | Aug 01 2023 23:58:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14223771 | Email/Text: megan.harper@phila.gov | Aug 01 2023 23:58:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14108256 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2023 00:12:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14131323 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2023 00:01:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14109581 | + Email/Text: bankruptcy@cavps.com | Aug 01 2023 23:58:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14108258 | + Email/Text: bankruptcy@cavps.com | Aug 01 2023 23:58:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14128281 | + Email/Text: bankruptcy@cavps.com | Aug 01 2023 23:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14108261 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2023 00:12:30 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14108260 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2023 00:13:25 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14108264 | Email/Text: mrdiscen@discover.com | Aug 01 2023 23:58:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |

District/off: 0313-2 | User: admin | Page 2 of 3
---|---|---
Date Rcvd: Aug 01, 2023 | Form ID: 138OBJ | Total Noticed: 38

| 14127230 | | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 01 2023 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14125042 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 01 2023 23:58:00 | Discover Bank, Discover Products Inc, POB 3025, New Albany Ohio 43054-3025 |
| 14108263 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 01 2023 23:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14168777 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 01 2023 23:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14108266 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 01 2023 23:58:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14108265 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 01 2023 23:58:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14165821 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 02 2023 00:01:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14108268 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 02 2023 00:02:09 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14108267 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 02 2023 00:12:46 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14108270 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 01 2023 23:58:00 | Midland Credit Management, PO Box 2001, Warren, MI 48090-2001 |
| 14120135 | + | Email/Text: blegal@phfa.org | | |
| | | | Aug 01 2023 23:58:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14108274 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 02 2023 00:02:13 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14108273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 02 2023 00:01:52 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14170729 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 02 2023 00:12:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14108808 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Aug 02 2023 00:31:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14108271 | + | Email/Text: blegal@phfa.org | | |
| | | | Aug 01 2023 23:58:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14108272 | + | Email/Text: blegal@phfa.org | | |
| | | | Aug 01 2023 23:58:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14119706 | ^ | MEBN | | |
| | | | Aug 01 2023 23:43:50 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14165822 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 02 2023 00:02:06 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Unifund CCR, Partners, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108275 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Aug 01 2023 23:58:00 | Transworld Systems Inc, PO Box 15095, Wilmington, DE 19850-5095 |
| 14168763 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 02 2023 00:01:43 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Aug 01, 2023                       Form ID: 138OBJ                            Total Noticed: 38

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2023                      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com<br>dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor Nikia R. Bell support@ymalaw.com<br>ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Nikia R. Bell

               Debtor(s)                            Case No: 18−13274−amc

                                                    Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/1/23

73 − 66
Form 138OBJ
