| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-13274-AMC

NIKIA  R  BELL  
333 E HIGH STREET  
PHILADELPHIA  PA    19144

Petition Filed Date: 05/16/2018  
341 Hearing Date: 06/22/2018  
Confirmation Date: 12/12/2018

Case Status: Completed on 6/30/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2022 | $207.00 | | 10/26/2022 | $211.00 | | 01/30/2023 | $1,598.00 | |
| 04/10/2023 | $1,598.00 | | 05/12/2023 | $1,598.00 | | 05/24/2023 | $1,598.00 | |
| 06/30/2023 | $200.00 | 19541373740 | 06/30/2023 | $500.00 | 19541373733 | 06/30/2023 | $500.00 | 19541373739 |
| 06/30/2023 | $500.00 | 19541373738 | 06/30/2023 | $500.00 | 19541373734 | 06/30/2023 | $500.00 | 19541373735 |
| 06/30/2023 | $500.00 | 19541373736 | | | | | | |

**Total Receipts for the Period:  $10,010.00    Amount Refunded to Debtor Since Filing:  $4.00   Total Receipts Since Filing: $20,446.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 011 | Unsecured Creditors | $315.57 | $3.80 | $311.77 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $4,823.78 | $58.10 | $4,765.68 |
| 13 | CASH CALL<br>»» 013 | Unsecured Creditors | $510.00 | $6.14 | $503.86 |
| 7 | CAVALRY SPV INVESTMENTS LLC<br>»» 007 | Unsecured Creditors | $2,670.99 | $32.17 | $2,638.82 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,053.44 | $12.69 | $1,040.75 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $7,637.19 | $91.98 | $7,545.21 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $818.15 | $9.85 | $808.30 |
| 9 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $1,874.79 | $22.58 | $1,852.21 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $15,116.34 | $15,116.34 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $2,215.52 | $26.68 | $2,188.84 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $478.84 | $478.84 | $0.00 |
| 10 | PINNACLE CREDIT SERVICES LLC<br>»» 010 | Unsecured Creditors | $1,072.95 | $12.92 | $1,060.03 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $772.37 | $9.30 | $763.07 |

Case 18-13274-amc    Doc 75    Filed 08/15/23    Entered 08/15/23 06:46:55    Desc Main
Document      Page 2 of 2

**Chapter 13 Case No. 18-13274-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | YOUNG MARR & ASSOCIATES »» 016 | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | NIKIA R BELL | Debtor Refunds | $4.00 | $4.00 | $0.00 |
| 16 | CITIBANK SUNOCO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TRANSWORLD SYSTEM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,446.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $18,685.39 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,760.61 | Total Plan Base: | $20,442.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.